IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


RUTHIE M. SEAWOOD                                                                    PLAINTIFF

VS.                         CASE NO. 4:05CV01001 SWW/HLJ

JO ANNE B BARNHART,
Commissioner, Social
Security Administration
DEFENDANT


## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

SO ORDERED this 28th day of September, 2006.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE